55 A.3d 1053

Derrick Dale FONTROY, I, Petitioner

v.

Honorable Judge Sheila WOODS-SKIPPER, Respondent.

No. 157 EM 2012.

Supreme Court of Pennsylvania.

Nov. 8, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and Extraordinary Relief is

**DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.